IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID RAY WILLIAMS,

    Plaintiff,     No. CIV S-07-0432 GEB EFB PS

vs.

CALIFORNIA STATE PRISON SOLANO, et al.,

    Defendants.     <u>ORDER</u>

_____/

    This action, in which plaintiff is proceeding pro se, was referred to the undersigned by Local Rule 72-302(c)(21), pursuant to 28 U.S.C. § 636(b)(1). Plaintiff seeks leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.

    Plaintiff has submitted the affidavit required by § 1915(a) showing that he is unable to prepay fees and costs or give security therefor. Accordingly, the request to proceed *in forma pauperis* is granted. 28 U.S.C. § 1915(a).

    Determining that plaintiff may proceed *in forma pauperis* does not complete the required inquiry. Pursuant to 28 U.S.C. § 1915(e)(2), the court is directed to dismiss the case at any time if it determines the allegation of poverty is untrue, or if the action is frivolous or malicious, fails to state a claim on which relief may be granted, or seeks monetary relief against an immune

1 defendant. The court cannot make this determination on the present record. Therefore, the court
2 reserves decision on these issues until the record is sufficiently developed.

3     Good cause appearing, IT IS ORDERED that:

4     1. Plaintiff's request for leave to proceed *in forma pauperis* is granted.

5     2. The Clerk of the Court is directed to issue summons forthwith pursuant to Fed. R. Civ.
6 P. 4.

7     3. The Clerk of the Court shall send plaintiff four USM-285 forms, one summons, a copy
8 of the complaint, a form for consent to a magistrate judge, and this court's status order.

9     4. Plaintiff is directed to supply the U.S. Marshal, within 15 days from the date this order
10 is filed, all information needed by the Marshal to effect service of process. Plaintiff is advised
11 that the court anticipates that, to effect service, the U.S. Marshal will require at least:

12         a. One completed summons;

13         b. One completed USM-285 form for each defendant;

14         c. A copy of the endorsed filed complaint for each defendant, with an extra copy
15         for the U.S. Marshal; and

16         d. A copy of this court's status order for each defendant.

17     5. The U.S. Marshal is directed to serve process and a copy of this court's status order,
18 within ninety days of receipt of the required information from plaintiff, without prepayment of
19 costs. In the event the U.S. Marshal is unable, for any reason whatsoever, timely to effectuate
20 service on any defendant, the Marshal is directed to report that fact, and the reasons for it, to the
21 undersigned.

22     6. The Clerk of the Court is directed to serve a copy of this order on the U.S. Marshal,
23 501 "I" Street, Sacramento, Ca., 95814, Tel. No. (916) 930-2030.

24 DATED: May 14, 2007.

                      EDMUND F. BRENNAN
                      UNITED STATES MAGISTRATE JUDGE