IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID RAY WILLIAMS,

      Plaintiff,                              CIV S-07-0432 GEB EFB PS

      vs.

CALIFORNIA STATE PRISON SOLANO, et al.,

      Defendants.                      ORDER

/

      This action, in which plaintiff is proceeding *in propria persona*, was referred to the undersigned by Local Rule 72-302(c)(21), pursuant to 28 U.S.C. § 636(b)(1). On May 15, 2007, the court granted plaintiff leave to proceed *in forma pauperis*, directed the Clerk to send plaintiff necessary forms for service of process, and ordered the plaintiff to supply the U.S. Marshal all information needed by the Marshal to effect service of process within fifteen days from the date of service of that order.

      On June 5, 2007, plaintiff requested additional time to provide that information to the U.S. Marshal, citing his indigence, which he alleges has made it difficult for him make necessary copies.

////

////

1

1  The court hereby grants plaintiff's request, and orders him to provide the U.S. Marshal
2  with all information within twenty (20) days from the date of service of this order.
3  DATED:  July 30, 2007.

                                  _____
                                  EDMUND F. BRENNAN
                                  UNITED STATES MAGISTRATE JUDGE

2