IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID RAY WILLIAMS,

    Plaintiff,                    No. CIV S-07-0432 GEB EFB PS

vs.

CALIFORNIA STATE PRISON
SOLANO MEDICAL STAFF, et al.,

    Defendants.              <u>ORDER TO SHOW CAUSE</u>

                                 /

       This action, in which plaintiff is proceeding *in propria persona*, was referred to the undersigned by Local Rule 72-302(c)(21), pursuant to 28 U.S.C. § 636(b)(1). On May 15, 2007, the court granted plaintiff's application to proceed *in forma pauperis*, and directed the Clerk of Court to forward to plaintiff a blank summons and four USM-285 forms. Pursuant to that order, plaintiff was to provide the United States Marshal with the information to complete service of process within fifteen days of the order. On July 31, 2007, nearly a year-and-a-half ago, the court granted plaintiff's request for an extension of time to provide the information to the United States Marshal, and directed plaintiff to provide the information within twenty days.

1

1     To date, the court has not received a proof of service showing that any defendant has
2 been served, and the U.S. Marshal has no record of documentation received by plaintiff.
3     Accordingly, plaintiff is hereby ORDERED to SHOW CAUSE, within ten (10) days after
4 the filing date of this order, why this case should not be dismissed for failure to serve process,
5 Fed. R. Civ. P. 4(m), failure to prosecute this action, Fed. R. Civ. P. 41(b), and/or failure to abide
6 by the rules and rulings of this court, Fed. R. Civ. P. 16 (f)(1)(B).  Failure to respond to this
7 order shall be construed as abandonment of the case and result in a recommendation of
8 dismissal.
9     SO ORDERED.
10 DATED:  January 28, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE